United States Bankruptcy Court

Southern District of Florida

In re:  Case No. 20-22028-PDR

Oscar David Portocarrero Retes  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: groomsd | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: CGFI3 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oscar David Portocarrero Retes, 701 NW 1st Street, Hallandale, FL 33009-4119 |
| 95941938 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 95941937 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 95941939 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 95941943 | + | CFG Merchant Solutions, 180 Maiden Lane, 15th Floor, New York, NY 10038-5150 |
| 95941940 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 95941944 | + | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 95941945 | + | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 95941946 | + | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 95941947 | + | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 95941948 | + | Claudia C. Alvarez, 1458 NE 180 St, Miami, FL 33162-1343 |
| 95941950 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 95941951 | + | Fannie Mae Mortgage Loan Company, c/o Timothy J. Mayopoulos, CEO, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2806 |
| 95941952 | + | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 95941953 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 95941954 | | Freddie Mac Mortgage Loan Company, c/o Donald H. Layton, CEO, 8200 Jones Branch Dr., Mc Lean, VA 22102-3110 |
| 95941955 | + | Honorable Ariana Fajardo Orshan, US Attorney for Southern District, 99 NE 4 St, Miami, FL 33132-2131 |
| 95941956 | + | Honorable William P. Barr, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 95941959 | + | Martha Isabella Toribio, c/o Dunn Law, PA, 66 West Flagler Street, Suite 400, Miami, FL 33130-1807 |
| 95941960 | + | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230-3180 |
| 95941962 | + | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101-4982 |
| 95941970 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 95941969 | + | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | Nov 03 2020 00:40:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1818 |
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 03 2020 00:40:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| 95941942 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 03 2020 00:13:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 95941941 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 03 2020 00:15:31 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 95941957 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2020 00:42:00 | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 95941965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2020 00:15:38 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |

| District/off: 113C-0 | User: groomsd | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: CGFI3 | Total Noticed: 31 |

| 95941967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| --- | --- | --- | --- | --- |
| | | | Nov 03 2020 00:15:38 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 95941964 | + | Email/Text: bankruptcynotices@pollackrosen.com | | |
| | | | Nov 03 2020 00:40:00 | Pollack & Rosen P.A., 806 Douglas Rd Suite 200, Miami, FL 33134-2082 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 95941949 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 95941958 | * | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 95941966 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 95941968 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 95941961 | *+ | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230-3180 |
| 95941963 | *+ | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101-4982 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020                    Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Patrick L Cordero, Esq | on behalf of Debtor Oscar David Portocarrero Retes ecfmail@pcorderolaw.com corderopr93260@notify.bestcase.com |
| Robin R Weiner | ecf@ch13weiner.com ecf2@ch13weiner.com |

TOTAL: 3

CGFI3 (03/30/2020)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20−22028−PDR

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Oscar David Portocarrero Retes
701 NW 1st Street
Hallandale, FL 33009

SSN: xxx−xx−2868

## NOTICE OF FILING OF CHAPTER 13 CASE AND PROOF OF CLAIM DEADLINE, AND NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:** The above−named debtor filed a chapter 13 bankruptcy case on **October 31, 2020.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, the clerk's office will serve a notice on all creditors advising of the date for the meeting of creditors, the date of the confirmation hearing and any case deadlines that have been established. If you received this notice you may be a creditor in this case. The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Consult a lawyer to determine your rights in this case. The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

**PROOF OF CLAIM DEADLINE:**
**Deadline for All creditors to file a proof of claim (except governmental units):** 1/11/21

Proofs of Claim must be filed using the Official Bankruptcy Form 410 "Proof of Claim" available at any bankruptcy clerk's office or on the court website at: www.flsb.uscourts.gov/forms/bankruptcy−forms To receive acknowledgment of receipt by the clerk, enclose a copy of the proof of claim and an adequate sized stamped self−addressed envelope. As an alternative filing method, any creditor with Internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov/file−proof−claim−electronically.

**TO THE DEBTOR, Oscar David Portocarrero Retes :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **October 31, 2020**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form or Local Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Chapter 13 Plan** (Local Form LF−31) was not filed with the petition.
**Deadline to correct deficiency: 11/16/20**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

| | |
|---|---|
| **Dated:** <u>11/2/20</u> | **Clerk of Court** |
| | By: <u> Desiree Grooms</u> , Deputy Clerk |

The clerk shall serve a copy of this notice on all parties of record.